# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>              Plaintiff,<br><br>   v.<br><br>CITY OF LINDSAY,<br><br><br><br>            Defendants. | ) 1:09-cv-1690 AWI GSA<br>)<br>)<br>) ORDER GRANTING APPLICATION TO<br>) PROCEED IN FORMA PAUPERIS<br>)<br>) (Document 2)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

By application filedSeptember 25, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).


IT IS SO ORDERED.

**Dated:**   **November 2, 2009**          _____ **/s/ Gary S. Austin** _____
UNITED STATES MAGISTRATE JUDGE

1